**F I L E D** MHN
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Archie Brown

v.

Defendant(s)
Supt. Phil Clines
Officer Romero, 9955
Officer D. Lopez, 12685

07CV6794
JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Archie Brown**, declare that I am the (check appropriate box)
   [✓] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I contacted: Bell, Boyd & Lloyd LLP; Gardner Carton & Douglas LLP; Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz Ltd. and I contacted Jenner & Block and each one of them claim to not have the resources to assist me.

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _Archie Brown_
   Movant's Signature

   P.O. Box 089002
   Street Address

   Chicago, Illinois, 60608
   City/State/Zip

Date: 11-21-2007

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |