RECEIVED
DEC 03 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
**CDY** NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Archie Brown

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6794
JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Supt. Phil Clines
Officer Romero, Star #9955
Officer John Doe (AKA) Officer D. Lopez Star# 12685

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Archie Brown
   B. Date of Birth: 05-22-1963
   C. List all aliases: _____
   D. Prisoner identification number: #2006000689962
   E. Place of present confinement: Cook County Jail
   F. Address: P.O. Box #089002

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Phil Clines
      Title: Chicago Police Superintendent
      Place of Employment: Chicago Police Department
   B. Defendant: Officer Romero, Star #9955
      Title: Chicago Police Officer 10TH. District
      Place of Employment: Chicago Police Department, 3315 W. Ogden St.
   C. Defendant: Officer John Doe (AKA) Officer D. Lopez Star #12685
      Title: Chicago Police Officer 10TH. District
      Place of Employment: Chicago Police Department, 3315 W. Ogden St.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Negligent on the States and Pontiac Corr Ctr behalf, docket # Unknown at this time

B. Approximate date of filing lawsuit: 7-14-1996

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Archie Brown

D. List all defendants: State Of Illinois, Pontiac Correctional Center, Warden of Pontiac Corr. Center

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Small Claims Court, Pontiac, Illinois.

F. Name of judge to whom case was assigned: Unknown

G. Basic claim made: Got caught between two electrical gates

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was dismissed, did not follow up.

I. Approximate date of disposition: 2004 or 2005

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 5/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Archie Brown, state and stand by the claim that on the following date 9-5-2006, I was walking down the street and I was approached by the Chicago Police, and assaulted and battered by them with excessive force, injuring me to the point where I had to be taken to a hospital for emergency treatment for cuts, bruises and lacerations caused by blunt force, in which, the Chicago Police excluded my injuries and the fact that I had to be taken to the hospital from his report.

Defendant #1. Officer Romero upon our encounter, grabbed me immediately throwing me to the pavement with extreme excessive force, hitting me all in the upper parts of my body while trying to place his knee on my neck and chest area.

Defendant #3. Officer John Doe, male 5'7" to 5'8" about 205 to 210 (lbs.) with dark hair, assisted Defendant #1. Officer Romero by kicking me

4

and calling me names of vulgar contents after Defendant #2. Officer Romero had already thrown me to the pavement. I begged for my life upon being assaulted and battered by the two Officer's. During the confrontation, I had smelled alcohol, but I was not sure if the odor was on one or the both of the Defendants, what I was sure of is the fact that I was in harms way and being mistakened for someone whom they were obviously in raged with.

        I was handcuffed and violently thrown by both Defendant's in the backseat of a marked police car hitting my head on the upper part of the car door frame upon being violently pushed down in the back seat of the squad car putting a slight lump on my head immediately. Defendant #2. Officer Romero, repeatedly slammed the car door on my legs bruising and cutting them open while they were still outside of the car while I was in a sitting position on the backseat.

        I pleaded with the Police Officer's to take me to the hospital, but instead I was taken to a store for some people to look at me in reference of a crime,(that I did not commit) afterward, I was taken to the Police Station

in which the lock-up officer at the Police Station refused to admit me in the lock-up area without clearence from a doctor because of the visible injuries that I obviously had sustained. I was bleeding and in great pain, the lock-up officer demanded that the two Police Officer's take me to the hospital emergency room for treatment, and clearence to process me in the lock-up area.

The two Police Officer's complied with the lock-up officer and took me to the hospital for treatment.

Defendant #3. Officer John Doe, has recently became to be known as Defendant #3. Officer D. Lopez, Star #12685 of the 10TH. District.

Defendant's #2 and #3 falsified the police reports to cover up me being taken to the hospital for the injuries I sustained from the assault and battery by the Chicago Police.

This case will clearly show the negligence of Defendant #1. Superintendent of the Chicago Police Phil Clines, and his office of not being able to discover who these Chicago Police Officer's are with these violent behavioral dysfunction, and get them some psychotherapy or either release them of there duties.

* END OF STATEMENT OF CLAIMS *

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly request the Honorable Court to issue an order declaring Defendant's #1., #2., and #3 to pay Punitive Damages each in the amount of $200,000, and Compensatory Damages each of $90,000; to a total of $627,000 or what ever the court may feel is fair for my suffering.

VI. The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __21__ day of __11__, 20__07__

__Archie Brown__
(Signature of plaintiff or plaintiffs)

__Archie Brown__
(Print name)

__#2006 0068962__
(I.D. Number)

__P.O. Box #089002__
__Chicago, Illinois. 60608__
(Address)

6