**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARCHIE BROWN | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 07 CV 6794 |
| | ) | Judge Gettleman |
| SUPERINTENDENT PHIL CLINES; | ) | Magistrate Judge Nolan |
| OFFICER ROMERO STAR #9955 | ) | |
| OFFICER JOHN DOE (AKA) | ) | |
| OFFICER D. LOPEZ STAR #12685 | ) | |
| | ) | |
|     Defendants. | ) | |

<u>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**</u>

**NOW COMES** attorney Patrick J. Cullinan, appointed counsel for Plaintiff, ARCHIE BROWN, and moves this Honorable Court for leave to withdraw as counsel for Plaintiff and further states as follows:

1.      On December 7, 2007, Movant, Patrick J. Cullinan, was appointed by the Court to represent Plaintiff in the instant cause.

2.      This appointment was made in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37.

3.      A review of the Plaintiff's Complaint and the Civil Docket for this cause reveals that Plaintiff has alleged violations of his civil rights by members of the Chicago Police Department acting in their official capacities.

4.      Movant is employed by the Law Firm of Belgrade and O'Donnell, P.C. and is a co-worker of attorney George M. Velcich who is a member of the Chicago Police Board, which is empowered under Municipal Ordinances (Ch. 2-84-020 & 2-84-030) of the City of Chicago to oversee the operations of the Chicago Police Department. Chief among the duties of the Police

Board is the review of disciplinary separations and suspensions imposed upon Chicago Police officers and other department employees by the Superintendent of Police.  As a member of the Chicago Police Board, Mr. Velcich reviews videotapes and transcripts of disciplinary hearings held with regard to allegations of misconduct brought against employees of the Chicago Police Department, including police officers.

5.     Further, Movant's brother and sister-in-law are both Chicago Police Officers.

6.     Since it appears that the claim brought by Plaintiff is premised upon alleged misconduct on the part of Chicago Police officers, representation of Plaintiff by Movant may create the potential for an impermissible conflict of interest in violation of Illinois Supreme Court Rule of Professional Conduct 1.7(b).

7.     Accordingly, Movant respectfully requests this Court to permit him to withdraw as counsel for Plaintiff.

8.     No prejudice to Plaintiff should result from Movant's withdrawal as counsel, since the appointment was made less than a week prior to the filing of the instant motion and Movant has performed no work on this matter.

Respectfully submitted,

By: s:/Patrick J. Cullinan

Patrick J. Cullinan
**BELGRADE AND O'DONNELL, P.C.**
20 North Wacker Drive
Suite 1900
Chicago, IL  60606
(312) 422-1700

## CERTIFICATE OF SERVICE

Patrick J. Cullinan certifies that this Motion to Withdraw was filed via the electronic filing (CM/ECF-PACER System) 14th day of December, 2007.

By: s:/Patrick J. Cullinan