**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARCHIE BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6794 |
| | ) | Judge Gettleman |
| SUPERINTENDENT PHIL CLINES; | ) | Magistrate Judge Nolan |
| OFFICER ROMERO STAR #9955 | ) | |
| OFFICER JOHN DOE (AKA) | ) | |
| OFFICER D. LOPEZ STAR #12685 | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on the 20th day of December, 2007, at 9:15 a.m., I shall appear before the Honorable Judge Gettlemen, in Room 1703, 219 S. Dearborn, Chicago, Illinois, and then and there present MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF.

By:/s/: Patrick J. Cullinan

Patrick J. Cullinan
**BELGRADE AND O'DONNELL, P.C.**
20 North Wacker Drive, Suite 1900
Chicago, Illinois  60606
312-422-1700

**CERTIFICATE OF SERVICE**

Patrick J. Cullinan certifies that this Notice of Motion filed via the electronic filing (CM/ECF-PACER System) 14th day of December, 2007.

By: s:/Patrick J. Cullinan