# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6794 | **DATE** | 1/3/2008 |
| **CASE TITLE** | Archie Brown   vs   Superintendent Phil Cline, et al | | |

**DOCKET ENTRY TEXT:**

Motion [8] of Patrick Cullinan for leave to withdraw as counsel for plaintiff is granted.
The Court appoints Thomas K. Cauley, Jr., Sidley, Austin, Brown & Wood, 10 S. Dearborn St., Chicago, Il. 60603, as plaintiff's counsel.
Status hearing is set for 2/12/2008, at 9:00 a.m.

[Docketing to mail notice]

00:00