**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                  Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL             APPOINTED COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Archie Brown | ) | Civil Action No. 07 CV 6794 |
| | ) | Judge Gettleman |
| vs. | ) | Magistrate Judge Nolan |
| | ) | |
| Supt. Phil Clines, et. al. | ) | **APPEARANCE ON BEHALF** |
| | ) | **OF PLAINTIFF** |

## NOTICE OF FILING

TO:   Chicago Police Department
       C/O Patricia Martin
       Supervisor of Subpoenas
       3510 S. Michigan Ave.
       Chicago, IL 60653

     PLEASE TAKE NOTICE that on this 4th day of February, 2008, we have caused **PLAINTIFF ARCHIE BROWN'S APPEARANCE** to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and hereby served upon you.

     Respectfully submitted,

     SIDLEY AUSTIN LLP

     By _/s/ Thomas K. Cauley, Jr._

Thomas K. Cauley, Jr.
Jamie E. Haney
SIDLEY AUSTIN LLP
Firm I.D. No. 42418
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

The undersigned attorney, Jamie E. Haney, hereby certifies that she caused a copy of the foregoing Plaintiff Archie Brown Notice of Filing and Appearance to be served upon other counsel of record via U.S. Mail, at their listed address, on this 4th day of February, 2008.

_____
Jamie E. Haney