U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ARCHIE BROWN<br>v<br>OFFICER ROMERO, STAR # 9955<br>OFFICER LOPEZ, STAR # 12685 | Case Number: 07 C 6794 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIGUEL ROMERO
DAVID LOPEZ

| | |
|---|---|
| NAME (Type or print)<br>SANJAY PATEL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ SANJAY PATEL | |
| FIRM<br>CITY OF CHICAGO - DEPARTMENT OF LAW | |
| STREET ADDRESS<br>30 N. LASALLE #1400 | |
| CITY/STATE/ZIP<br>CHICAGO, IL, 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06272840 | TELEPHONE NUMBER<br>312-742-3902 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |