IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARCHIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 07 C 6794 |
| | ) | |
| OFFICER ROMERO, STAR # 9955, | ) | Judge Gettleman |
| OFFICER D. LOPEZ, STAR # 12685 | ) | |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**DEFENDANTS ROMERO AND LOPEZ'S MOTION TO EXTEND
TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants Chicago Police Officer MIGUEL ROMERO AND DAVID LOPEZ (herein "Defendant Police Officers"), by their attorney, Sanjay H. Patel, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court for an extension of time, up to and including 3-27-08, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

(1)     The undersigned counsel filed his Appearance for Defendant Police Officers on 2-15-08.

(2)     This matter was filed on 12-3-07. Summons and Complaint have been personally served upon Defendant.

(3)     The undersigned have not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

(4)     The undersigned also has ordered, but not yet received, all of the Chicago Police Department records to enable Defendants to properly respond to Plaintiff's Complaint.

(5)     This motion is Defendants' first request for an extension of time to answer or

otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendants requests this Court to grant their motion for an extension of time to and including 3-27-08, to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/  Sanjay Patel_____
SANJAY H. PATEL
Assistant Corporation Counsel
Attorney for Defendant Officers
30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO.  06272840