IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHIE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. 07 C 6794 |
| ) | |
| OFFICER ROMERO, STAR # 9955, ) | Judge Gettleman |
| OFFICER D. LOPEZ, STAR # 12685 ) | |
| ) | Magistrate Judge Nolan |
| Defendants. ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   JAIME HANEY
      SIDLEY & AUSTIN
      1 S. DEARBORN
      CHICAGO, IL 60603

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

     PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge GETTLEMAN, or before such other Judge sitting in his place or stead, on **2-21-08 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1703** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

     **I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION and DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on **15 FEB 08**, in accordance with the rules on electronic filing of documents.

                                                            Respectfully submitted,
                                                            /s/  SanjayPatel
                                                           SANJAY H. PATEL
                                                          Assistant Corporation Counsel
                                                           30 N. LA SALLE ST., SUITE 1400
                                                           CHICAGO, ILLINOIS  60602
                                                           (312) 742-3902
                                                           ATTORNEY NO. 06272840