IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHIVE BROWN, | ) |
| Plaintiff, | ) |
| v. | ) NO. 07 C 6794 |
| OFFICER ROMERO, STAR # 9955, | ) Judge Gettleman |
| OFFICER D. LOPEZ, STAR # 12685 | ) |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   JAIME HANEY
      SIDLEY & AUSTIN
      1 S. DEARBORN
      CHICAGO, IL 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICER ROMERO AND LOPEZ'S ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**.

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING AND ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 25 MAR 08, in accordance with the rules on electronic filing of documents.

Respectfully submitted,
/s/ **SanjayPatel**
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO. 06272840