# EXHIBIT A

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 001 OF 029 P
DEFENDANT NAME: ARCHIE BROWN
GENERAL INFORMATION
CB: 016650022 IR: 0583845 SID: 022372990 FBI: 0246217W6 RD: HM583493

ATTORNEY INFORMATION

| SEQ | ATTY NBR | ATTORNEY NAME | FIRST APPEAR | ASSIGN CD |
|---|---|---|---|---|
| 001 | 30295 | PUBLIC DEFENDER | 101606 | A |

CHARGE INFORMATION

| NBR | A | TYPE | CLASS | CHAPTER/SECTION | DESCRIPTION |
|---|---|---|---|---|---|
| 001 | | F | 1 | 720-5/18-5(a) | AGGRAVATED ROBBERY |
| 002 | | F | 1 | 720-5/18-5(a) | AGGRAVATED ROBBERY |

DISPOSITION INFORMATION

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

```
CASE: 06CR2131101 S  (START OF FELONY CASE)      PAGE: 002 OF  029         P
 DEFENDANT NAME: ARCHIE        BROWN
092906-
IND/INFO-CLK OFFICE-PRES JUDGE    101206           1701         CR2131101 I
     06CR2131101 ID# CR100891227
CLERK'S OFFICE 26TH & CALIFORNIA        0900 AM

101206-
CASE ASSIGNED                     101306           1726
BIEBEL, PAUL JR.
ROOM 101       26TH & CALIFORNIA        0930 AM

101206-
DEFENDANT IN CUSTODY              000000
BIEBEL, PAUL JR.
ROOM 101       26TH & CALIFORNIA

101206-
DEFENDANT IN CUSTODY              000000
SCHREIER, JAMES M.
ROOM 400       26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____
```

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 003 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

101206-
PRISONER DATA SHEET TO ISSUE 000000
SCHREIER, JAMES M.
ROOM 400 26TH & CALIFORNIA

101206-
CONTINUANCE BY AGREEMENT 101306
SCHREIER, JAMES M.
ROOM 400 26TH & CALIFORNIA 0930 AM

101306-
MOTION TO SUBSTITUTE JUDGE 000000 S 2
TOOMIN, MICHAEL P.
ROOM 400 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

```
CASE: 06CR2131101 S  (START OF FELONY CASE)      PAGE: 004 OF  029         P
 DEFENDANT NAME: ARCHIE       BROWN
101306-
TRANSFERRED                            101606          1701
TOOMIN, MICHAEL P.
ROOM 400       26TH & CALIFORNIA          0930 AM

101606-
CASE ASSIGNED                          101606          1704
BIEBEL, PAUL JR.
ROOM 101       26TH & CALIFORNIA          0930 AM

101606-
DEFENDANT IN CUSTODY                   000000
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

101606-
PRISONER DATA SHEET TO ISSUE           000000
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____
```

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 005 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

101606-
PUBLIC DEFENDER APPOINTED 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

101606-
DEFENDANT ARRAIGNED 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

101606-
PLEA OF NOT GUILTY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

```
CASE: 06CR2131101 S  (START OF FELONY CASE)      PAGE: 006 OF  029        P
 DEFENDANT NAME: ARCHIE        BROWN
101606-
MOTION FOR DISCOVERY                    000000              F       1
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

101606-
DISCOVERY ANSWER FILED                  000000                      1
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

101606-
CONTINUANCE BY AGREEMENT                103006
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA              0930 AM

103006-
DEFENDANT IN CUSTODY                    000000
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____
```

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 007 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

103006-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

103006-
CONTINUANCE BY AGREEMENT 112806
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

112806-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

```
CASE: 06CR2131101 S  (START OF FELONY CASE)      PAGE: 008 OF  029        P
 DEFENDANT NAME: ARCHIE        BROWN
112806-
PRISONER DATA SHEET TO ISSUE        000000
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

112806-
CONTINUANCE BY AGREEMENT            122006
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA          0930 AM

122006-
DEFENDANT IN CUSTODY                000000
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

122006-
MOTION TO SUPPRESS                  000000            F       2
     EVIDENCE
LAMPKIN, BERTINA E

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____
```

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 009 OF 029 P
DEFENDANT NAME: ARCHIE BROWN
ROOM 506 26TH & CALIFORNIA

122006-
MOTION TO QUASH ARREST 000000 F 2
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

122006-
MOTION TO SUPPRESS 000000 F 2
ID
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

122006-
MOTION FOR DISCOVERY 000000 F 2
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

```
CASE: 06CR2131101 S  (START OF FELONY CASE)        PAGE: 010 OF  029        P
 DEFENDANT NAME: ARCHIE        BROWN
122006-
DISCOVERY ANSWER FILED          000000                    2
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA


122006-
BEHAVIOR CLINIC EXAM ORDERED     122006
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA        0930 AM


122006-
CONTINUANCE BY AGREEMENT         012407
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA        0930 AM


012407-
DEFENDANT IN CUSTODY             000000
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA


ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____
```

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 011 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

012407-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

012407-
PSYCHIATRIC EXAM REPORT FILED 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

012407-
PSYCHIATRIC EXAM REPORT FILED 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

```
CASE: 06CR2131101 S  (START OF FELONY CASE)       PAGE: 012 OF  029         P
 DEFENDANT NAME: ARCHIE       BROWN
012407-
DEFENDANT FOUND FIT                   000000
     WITH MEDS
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

012407-
SPECIAL ORDER                         000000
     DEF ADMONISHED FULLY ABOUT REPRESENTING HIMSELF
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

012407-
CONTINUANCE BY AGREEMENT              030807
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA            0930 AM

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____
```

CASE: 06CR2131101 S  (START OF FELONY CASE)        PAGE: 013 OF  029        P
 DEFENDANT NAME: ARCHIE        BROWN
030807-
DEFENDANT IN CUSTODY            000000
LAMPKIN, BERTINA E
ROOM 506        26TH & CALIFORNIA

030807-
PRISONER DATA SHEET TO ISSUE      000000
LAMPKIN, BERTINA E
ROOM 506        26TH & CALIFORNIA

030807-
WITNESSES ORDERED TO APPEAR        000000
LAMPKIN, BERTINA E
ROOM 506        26TH & CALIFORNIA

030807-
CONTINUANCE BY AGREEMENT          041907
LAMPKIN, BERTINA E
ROOM 506        26TH & CALIFORNIA          0930 AM

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 014 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

041907-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

041907-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

041907-
WITNESSES ORDERED TO APPEAR 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 015 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

041907-
CONTINUANCE BY AGREEMENT 051607
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

051607-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

051607-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

051607-
WITNESSES ORDERED TO APPEAR 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 016 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

051607-
CONTINUANCE BY AGREEMENT 060807
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

060807-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

060807-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 017 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

060807-
CONTINUANCE BY AGREEMENT 062107
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

062107-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

062107-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

062107-
WITNESSES ORDERED TO APPEAR 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 018 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

062107-
CONTINUANCE BY AGREEMENT 073007
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

073007-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

073007-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 019 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

073007-
SPECIAL ORDER 000000
SUBP TENDERED TO DEFENSE
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

073007-
WITNESSES ORDERED TO APPEAR 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

073007-
CONTINUANCE BY AGREEMENT 091307
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 020 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

091307-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

091307-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

091307-
MOTION TO QUASH ARREST 000000 D 2
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

091307-
MOTION TO SUPPRESS 000000 D 2
ID
LAMPKIN, BERTINA E

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

```
CASE: 06CR2131101 S  (START OF FELONY CASE)       PAGE: 021 OF  029         P
 DEFENDANT NAME: ARCHIE       BROWN
ROOM 506       26TH & CALIFORNIA

091307-
WITNESSES ORDERED TO APPEAR       000000
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

091307-
CONTINUANCE BY AGREEMENT          101207
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA        0930 AM

101207-
DEFENDANT IN CUSTODY              000000
LAMPKIN, BERTINA E
ROOM 506       26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____
```

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 022 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

101207-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

101207-
CONTINUANCE BY AGREEMENT 103007
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

103007-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

103007-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 023 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

103007-
MOTION TO SUPPRESS 000000 D 2
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

103007-
SPECIAL ORDER
STATE FILES NOTICE OF INTENT TO CONSUME
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

103007-
SPECIAL ORDER 000000
STATE FILES MOTION FOR BUCCAL SWAB; OVER OBJECTION IT IS GRANTED
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 024 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

103007-
CONTINUANCE BY AGREEMENT 110607
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

110607-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

110607-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

110607-
SPECIAL ORDER 000000
P.D. WILL NOT OBJECT TO CONSUMPTION OF DNA IN TESTING.
LAMPKIN, BERTINA E

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 025 OF 029 P
DEFENDANT NAME: ARCHIE BROWN
ROOM 506 26TH & CALIFORNIA

110607-
SPECIAL ORDER 000000
STATE REVOKES OFFER AND WILL NOT PARTICIPATE IN AANY 402 CONFERENCES.
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

110607-
CONTINUANCE BY AGREEMENT 121907
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

121907-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION ____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 026 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

121907-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

121907-
CONTINUANCE BY AGREEMENT 011808
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

011808-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

011808-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 027 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

011808-
CONTINUANCE BY AGREEMENT 022908
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

022908-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

022908-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 028 OF 029 P
DEFENDANT NAME: ARCHIE BROWN

022908-
CONTINUANCE BY AGREEMENT 032608
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

030408-
SPECIAL ORDER 000000 F 2
DISMISS COMPLAINT & INDICTMENT.
CLERK'S OFFICE 26TH & CALIFORNIA

030408-
HEARING DATE ASSIGNED 032608 1704
CLERK'S OFFICE 26TH & CALIFORNIA 0930 AM

032608-
DEFENDANT IN CUSTODY 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____

CASE: 06CR2131101 S (START OF FELONY CASE) PAGE: 029 OF 029 P
DEFENDANT NAME: ARCHIE BROWN
032608-
PRISONER DATA SHEET TO ISSUE 000000
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA

032608-
CONTINUANCE BY AGREEMENT 042408
LAMPKIN, BERTINA E
ROOM 506 26TH & CALIFORNIA 0930 AM

END OF FILE

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=E
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 029 DESTINATION _____