# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **ARCHIE BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **NO. 07 C 6794** |
| | ) | |
| **OFFICER ROMERO, STAR # 9955,** | ) | **Judge Gettleman** |
| **OFFICER D. LOPEZ, STAR # 12685** | ) | |
| | ) | **Magistrate Judge Nolan** |
| **Defendants.** | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:     JAIME HANEY
        SIDLEY & AUSTIN
        1 S. DEARBORN
        CHICAGO, IL 60603

      **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO STAY**.

      PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge GETTLEMAN, or before such other Judge sitting in his place or stead, on **4-15-08 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1703** United States District Court, 219 S. Dearborn Street, Chicago, Illinois,  and then and there present the attached Motion.

      I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 28 MAR 08, in accordance with the rules on electronic filing of documents

                                         Respectfully submitted,
                                         /s/  **SanjayPatel**
                                         SANJAY H. PATEL
                                         Assistant Corporation Counsel
                                         30 N. LA SALLE ST., SUITE 1400
                                       CHICAGO, ILLINOIS  60602
                                         (312) 742-3902
                                         ATTORNEY NO. 06272840