UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Archie Brown
                Plaintiff,

v.                                    Case No.: 1:07−cv−06794
                                          Honorable Robert W. Gettleman

Officer Romero, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) mailed notice.

Dated: April 3, 2008

                                                                     /s/ Robert W. Gettleman

                                                                   United States District Judge