**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Archie Brown
                Plaintiff,

v.       Case No.: 1:07−cv−06794
                                     Honorable Robert W. Gettleman

Officer Romero, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

    MINUTE entry before Judge Honorable Nan R. Nolan: Status hearing set for 05/01/2008 is stricken and reset to 7/8/2008 at 09:30 AM. Counsel to appear after their status hearing before the district court.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.