UNITED STATES DISTRICT COURT
FOR THE **Northern District of Illinois** − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Archie Brown
        Plaintiff,

v.              Case No.: 1:07−cv−06794
               Honorable Robert W. Gettleman

Officer Romero, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

  MINUTE entry before the Honorable Nan R. Nolan: Status hearing previously set for 07/24/2008 is stricken and reset to 7/23/2008 at 09:15 AM. Parties to appear after their status hearing with the district court.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.