# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6794 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Archie Brown    vs    Phil Cline | | |

**DOCKET ENTRY TEXT:**

Status hearing held.   The stay is lifted.   Plaintiff is given leave to file an amended complaint by 8/21/2008. Status hearing continued to 8/28/2008, at 9:00 a.m.

[Docketing to mail  notice]

00:06

| | Courtroom Deputy | GDS |
|---|---|---|