IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ARCHIE BROWN, | ) |
| :--- | :--- |
| Plaintiff, | ) ) ) |
| vs. | ) NO. 07 C 6794 |
| OFFICER ROMERO, STAR #9955, OFFICER D. LOPEZ, STAR # 12685 | ) Judge Gettleman ) ) Magistrate Judge Nolan |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal

| | Respectfully submitted, |
| :--- | :--- |
| | CITY OF CHICAGO a Municipal Corporation |
| | MARA S. GEORGES Corporation Counsel Attorney for city of Chicago |
| _____ Jamie Haney Attorney for plaintiff, Archie Brown Sidley Austin, LLP One South Dearborn Chicago, Illinois 60603 (312) 853-6892 Attorney No. 6292953 DATE: 9/10/08 | BY: _____ Sanjay Patel Assistant Corporation Counsel Attorney for defendants, Miguel Romero and David Lopez 30 North LaSalle Street, Suite 1400 Chicago, Illinois 60602 (312) 742-3902 Attorney No. 06272840 DATE: 9-10-08 |

07 C 6794